JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 21 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-12)**

On July 17, 2007, the Panel transferred 17 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 495 F.Supp.2d 1381 (J.P.M.L. 2007). Since that time, 101 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of July 17, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 10 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

MAR 14 2008

James N. Hatten, Clerk
By: Deputy Clerk

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1845

## SCHEDULE CTO-12 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

ALABAMA NORTHERN
  ALN  3  08-145         Timmy Osborn, etc. v. Southern Family Markets of Florence Cox Creek Parkway, LLC, et al.

KENTUCKY EASTERN
  KYE  6  08-20          Bunny Melton, et al. v. ConAgra Foods, Inc.
  KYE  7  08-6           Kennith Newman v. ConAgra Foods, Inc.

OKLAHOMA EASTERN
  OKE  6  08-20          Shelia Johnson v. ConAgra Foods, Inc.
  OKE  6  08-21          Jeremiah Hobia, et al. v. ConAgra Foods, Inc.
  OKE  6  08-22          Nakeeta Nichols v. ConAgra Foods, Inc.
  OKE  6  08-45          Joyce McNamee v. ConAgra Foods, Inc.

OKLAHOMA NORTHERN
  OKN  4  08-34          Virginia DeVore v. ConAgra Foods, Inc.
  OKN  4  08-35          Shirley Ann Ellis v. ConAgra Foods, Inc.
  OKN  4  08-64          Carolyn Tornberg v. ConAgra Foods, Inc.

OKLAHOMA WESTERN
  OKW  5  08-74          Wayne E. Smith v. ConAgra Foods, Inc.
  OKW  5  08-120         Verna Crow v. ConAgra Foods, Inc.
  OKW  5  08-125         Telisa Ann Moore v. ConAgra Foods, Inc.
  OKW  5  08-126         Royce Nunley v. ConAgra Foods, Inc.
  OKW  5  08-129         Queen Delores Taylor v. ConAgra Foods, Inc.

SOUTH CAROLINA
  SC  6  08-426           Lucy Wenck, et al. v. ConAgra Foods, Inc., et al.

TENNESSEE MIDDLE
  TNM  3  08-105         Ima Lee Warden, et al. v. ConAgra Foods, Inc., et al.

TEXAS WESTERN
  TXW  1  08-39          Tracy E. Hunter v. ConAgra Foods, Inc.
  TXW  1  08-68          Vincent C. O'Brien v. ConAgra Foods, Inc.

WASHINGTON WESTERN
  WAW  2  08-27          Lorraine Richards v. ConAgra Foods, Inc.

WEST VIRGINIA SOUTHERN
  WVS  2  08-26          Violet Marcum v. ConAgra Foods, Inc.

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

## INVOLVED COUNSEL LIST (CTO-12)

Kenneth Ricky Alvis
ALVIS & WILLINGHAM LLP
1400 Urban Center Drive
Suite 475
Birmingham, AL 35242

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423

Andrew B. Cooke
FLAHERTY SENSABAUGH & BONASSO
P.O. Box 3843
Charleston, WV 25338-3843

Niles Brian Cumbo
BRIAN CUMBO LAW OFFICE
P.O. Box 1844
Inez, KY 41224

Stanley A. Davis
LAW OFFICES OF STANLEY A DAVIS
501 Union Street
Suite 401
Nashville, TN 37219

David Alan Ernst
BULLIVANT HOUSER BAILEY PC
888 SW Fifth Avenue
300 Pioneer Tower, Suite 300
Portland, OR 97204-2089

Anthony Edward Farah
O'QUINN LAW FIRM
2300 Lyric Centre Building
440 Louisiana
Houston, TX 77002

F. Cordes Ford, IV
BUIST MOORE SMYTHE & MCGEE
P.O. Box 999
Charleston, SC 29402

John N. Hermes
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102-7103

Ralph E. Holt
HOLT MUSSLEMAN HOLT & MORGAN
P.O. Box 358
Florence, AL 35631

Lucy W. Jordan
KEE & SELBY LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Raymond D. Lackey
DAVID J SNEED & ASSOCIATES
Eight Corporate Centre
6640 Carothers Pkwy., Suite 200
Franklin, TN 37067

Andre M. Landry, III
KACAL ADAMS & LAW PC
One Riverway
Suite 1200
Houston, TX 77056

Rachel Lawrence Mor
WOSKA & SWIM
3037 NW 63rd Street
Suite 251
Oklahoma City, OK 73116

**MDL No. 1845 - Involved Counsel List (CTO-12) (Continued)**

John R. Peace
P.O. Box 8087
Greenville, SC 29604

Dan M. Peters
WOSKA & SWIM
3037 NW 63rd Street
Suite 251
Oklahoma City, OK 73116

Barbara J. Rhoads-Weaver
BULLIVANT HOUSER BAILEY PC
2400 Westlake Office Tower
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618

Robert H. Smalley, III
MCCAMY PHILLIPS TUGGLE & FORDHAM LLP
P.O. Box 1105
Dalton, GA 30722

Kara MacCartie Stewart
WOODWARD HOBSON & FULTON LLP
200 W. Vine Street, Suite 500
P.O. Box 1720
Lexington, KY 40588-1720

Christopher S. Taylor
BERNSTEIN STAIR & MCADAMS LLP
4823 Old Kingston Pike
The Weston Building, Suite 300
Knoxville, TN 37919-6473

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154

James H. Walsh
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Dara K. Wanzer
MCAFEE & TAFT
211 North Robinson Avenue
Two Leadership Squar, 10th Floor
Oklahoma City, OK 73102

Charles P. Wheeler, Jr.
KIRK LAW FIRM
5 Village Street
Suite 2
Pikeville, KY 41501

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                              MDL No. 1845

## INVOLVED JUDGES LIST (CTO-12)

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Amul R. Thapar
U.S. District Judge
United States District Court
312 U.S. Fed. Courthouse
310 South Main Street
London, KY 40741

Hon. Amul R. Thapar
U.S. District Judge
United States District Court
312 U.S. Federal Courthouse
310 South Main Street
London, KY 40741

Hon. Frank H. Seay
Senior U.S. District Judge
United States District Court
P.O. Box 828
Muskogee, OK 74402-0828

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402-7002

Hon. Kimberly E. West
U.S Magistrate Judge
United States District Court
P. O. Box 2999
Muskogee, OK 74402-2999

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
  & U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Fed. Bldg.
  & U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402-2459

Hon. Robin J. Cauthron
Chief Judge, U.S. District Court
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Timothy D. DeGiusti
U.S. District Judge
United States District Court
4301 United States Courthouse
200 Northwest Fourth Street
Oklahoma, OK 73102

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Aleta A. Trauger
U.S. District Judge
825 Estes Kefauver Fed. Bldg.
  & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. John T. Copenhaver, Jr.
U.S. District Judge
6009 Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301

Hon. David C. Norton
Chief Judge
United States District Court
Post Office Box 835
Charleston, SC 29402-0835

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1845

## INVOLVED CLERKS LIST (CTO-12)

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Leslie G. Whitmer, Clerk
203 Federal Building
110 Main Street
Pikeville, KY 41501

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
  & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

Bruce Rifkin, Clerk
U.S. Courthouse, Lobby Level
700 Stewart Street
Seattle, WA 98101

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546